FILED ENTERED
LOGGED RECEIVED

APR 04 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Exhibit 1

Request to the Court for a Pre-Plea Criminal History Report

## Rick Finci

**From:** Rick Finci
**Sent:** Tuesday, February 22, 2011 2:11 PM
**To:** MDD_RWTChambers@mdd.uscourts.gov
**Cc:** Belf, Stacy (USAMD)
**Subject:** US v. Gregory Wimsatt-RWT 10-1741

Good afternoon Judge Titus,

    In order to facilitate resolution of this case, Ms. Belf and I respectfully request that the Court order a Pre-plea Criminal History Report. We both feel that with a clearer understanding of Mr. Wimsatt's criminal history, resolution of the case is much more likely.

    Thank you and best regards,

Richard A. Finci
*Houlon, Berman, Bergman, Finci, Levenstein & Skok LLC*
Main office:
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
Phone: (301) 459-8200
Fax: (301) 459-5721

Rockville Office:
11 N. Washington Street, Suite 230
Rockville, Md 20770
(301) 444-4432

E-Mail: finci@houlonberman.com
Website: www.houlonberman.com

*This communication may contain privileged and confidential attorney-client information or attorney work product information. Unauthorized disclosure or use of this communication is prohibited. If you have received this communication in error, please delete it and contact the sender immediately. Thank you.*

2/22/2011

## Rick Finci

**From:** Rick Finci
**Sent:** Tuesday, February 22, 2011 2:14 PM
**To:** 'Linda Wimsatt'
**Subject:** RE: Gregory Wimsatt

Mrs. Wimsatt,

I have been in touch with Ms. Belf and have not gotten much further. We agreed to request a pre plea criminal history report so that we would both be clear on that part of the sentencing guideline calculation moving forward. Greg keeps insisting he has no criminal conviction although I keep telling him that pbj's count as convictions in the federal scheme so I want a bottom line and US Probation will give us that. Greg and I recently spoke of other matters related to a plea and those other possibilities will be made more clear by this report.

We have until 4/8 to finalize any plea agreement without losing the extra 1 point down for acceptance of responsibility. It will take 30 days to get the criminal history report from the day the court orders it.

Speak to you soon.

Richard A. Finci
*Houlon, Berman, Bergman, Finci, Levenstein & Skok LLC*
Main office:
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
Phone: (301) 459-8200
Fax: (301) 459-5721

Rockville Office:
11 N. Washington Street, Suite 230
Rockville, Md 20770
(301) 444-4432

E-Mail: finci@houlonberman.com
Website: www.houlonberman.com

This communication may contain privileged and confidential attorney-client information or attorney work product information. Unauthorized disclosure or use of this communication is prohibited. If you have received this communication in error, please delete it and contact the sender immediately. Thank you.

---

**From:** Linda Wimsatt [mailto:ldwimsatt@verizon.net]
**Sent:** Tuesday, February 22, 2011 1:14 PM
**To:** Rick Finci
**Subject:** RE: Gregory Wimsatt

Mr. Finci,

Have you been able to negotiate any more with the prosecutor? What time frame does Gregory have for his decision?

Linda Wimsatt

---

**From:** Rick Finci [mailto:rfinci@houlonberman.com]
**Sent:** Thursday, February 17, 2011 9:20 AM