Exhibit 2

Response of the Honorable Judge Roger W. Titus

## Rick Finci

| | |
|---|---|
| From: | Christine_Collins@mdd.uscourts.gov |
| Sent: | Tuesday, February 22, 2011 4:42 PM |
| To: | MDP_Preplea_Investigations@mdp.uscourts.gov; Rick Finci; Stacy.Belf@usdoj.gov |
| Subject: | Fw: US v. Gregory Wimsatt-RWT 10-1741 |

Judge Titus approves the below request for a pre-plea criminal history report of the above defendant.

Christine Collins
Judicial Assistant to the Hon. Roger W. Titus

----- Forwarded by Christine Collins/MDD/04/USCOURTS on 02/22/2011 04:40 PM -----

"Rick Finci" <rfinci@houlonberman.com>

02/22/2011 02:10 PM

To <MDD_RWTChambers@mdd.uscourts.gov>
cc "Belf, Stacy (USAMD)" <Stacy.Belf@usdoj.gov>
Subject US v. Gregory Wimsatt-RWT 10-1741


Good afternoon Judge Titus,
    In order to facilitate resolution of this case, Ms. Belf and I respectfully request that the Court order a Pre-plea Criminal History Report. We both feel that with a clearer understanding of Mr. Wimsatt's criminal history, resolution of the case is much more likely.
    Thank you and best regards,

Richard A. Finci
*Houlon, Berman, Bergman, Finci, Levenstein & Skok LLC*
Main office:
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
Phone: (301) 459-8200
Fax: (301) 459-5721

Rockville Office:
11 N. Washington Street, Suite 230
Rockville, Md 20770
(301) 444-4432

E-Mail: finci@houlonberman.com
Website: www.houlonberman.com

This communication may contain privileged and confidential attorney-client information or attorney work product information. Unauthorized disclosure or use of this communication is prohibited. If you have received this communication in error, please delete it and contact the sender immediately. Thank you.

2/24/2011